# Exhibit 2

Charted Claims:

Method Claims:16

| US7102643 | Wistia video editor ("Accused Product") |
|---|---|
| 16. A method of controlling a visual presentation of data to a viewer, the visual presentation comprising a plurality of display configuration states through which data content is presented to a viewer, the presentation being responsive to transition input to transition from a current visual display configuration state to a next visual display | The accused product practices a method of controlling a visual presentation of data (e.g., videos) to a viewer, the visual presentation comprising a plurality of display configuration states (e.g., clips) through which data content is presented to a viewer, the presentation being responsive to transition input (e.g., software input during a time at which a current clip ends) to transition from a current visual display configuration state (e.g., currently displayed clip) to a next visual display configuration state (e.g., successive clip), the method comprising providing a plurality of transition effects (e.g., white fade, black fade etc.).<br><br>As shown below, the accused product is a video editing software that allows users to edit videos. The software enables users to insert transition effects such as white fade, black fade etc. between successive video clips. The presentation navigates from a currently displayed clip to a next successive clip, based on time duration of the currently displayed clip, i.e., when the currently displayed clip ends, the presentation transitions to the next video clip. Users can add a transition effect between each pair of successive clips of the videos. |

| | |
|---|---|
| configuration state, the method comprising providing a plurality of transition effects<br><br>**Col. 3, Line [30-38]**<br><br>*Further, the transition input for transitioning from a current display configuration state to a next display configuration state can be an input such as a user action (e.g., a mouse click, keyboard entry, voice command, touchscreen command, etc.), a sensed condition (e.g.,* | <br>https://wistia.com/product/video-editing |

| | |
|---|---|
| *the passage of time, the detection of a particular party speaking, the detection of motion in a video frame, etc.), or an automated action (such as automatically transitioning out of a state once the state is drawn).* | <br><br>https://wistia.com/learn/product-updates/introducing-wistia-video-editing |

< Back

# Seamlessly transition between clips

March 21st, 2023 at 10:57 PM

NEW FEATURE   ANNOUNCEMENT

**Use editing to make your videos flow more smoothly.**

In case you haven't heard, we've made it our mission to help anyone (at any skill level!) create high-quality content right in Wistia. The latest step toward that mission? Helping you create videos that look and feel more seamless.

Transitions make your videos flow more smoothly, connecting two clips together without a jerky jump cut. Just take a look at this example below!

https://updates.wistia.com/publications/seamlessly-transition-between-clips



https://support.wistia.com/en/articles/8230207-editing-in-wistia#h_da473cfa35



https://updates.wistia.com/publications/seamlessly-transition-between-clips

| | |
|---|---|
| | <br>https://updates.wistia.com/publications/seamlessly-transition-between-clips |
| for each pair of potentially successive visual display configuration states, associating a transition effect | The accused product practices for each pair of potentially successive visual display configuration states (e.g., successive clips in a video presentation), associating a transition effect (e.g., white fade, black fade etc.).<br><br>As shown below, the accused product enables users to apply a transition effect to each pair of successive video clips in a video presentation. |

| | |
|---|---|
| therewith | 

https://support.wistia.com/en/articles/8230207-editing-in-wistia#h_da473cfa35 |



https://updates.wistia.com/publications/seamlessly-transition-between-clips

| | |
|---|---|
| |   https://updates.wistia.com/publications/seamlessly-transition-between-clips |
| receiving transition input indicative to transition from a current visual display configuration state to a next | The accused product practices receiving transition input (e.g., software input during a time at which a current clip ends) indicative to transition from a current visual display configuration state (e.g., currently displayed clip) to a next visual display configuration state (e.g., successive clip), the transition defining a pair of successive visual display configuration states (e.g., successive clips in a video presentation).  As shown below, presentations designed using the accused product, navigates from a currently displayed clip to a next successive clip, based on time duration of the currently |

| | |
|---|---|
| visual display configuration state, the transition defining a pair of successive visual display configuration states<br><br>**Col. 3, Line [30-38]**<br><br>*Further, the transition input for transitioning from a current display configuration state to a next display configuration state can be an input such as a user action (e.g., a mouse click, keyboard entry, voice command, touchscreen command, etc.), a sensed* | displayed clip, i.e., when the currently displayed clip ends, the presentation transitions to the next video clip. Users can add a transition effect between each pair of successive video clips of the video presentation.<br><br>Transitions make your videos flow more smoothly, connecting two clips together without a jerky jump cut. Just take a look at this example below!<br><br>https://updates.wistia.com/publications/seamlessly-transition-between-clips |

| | |
|---|---|
| *condition (e.g., the passage of time, the detection of a particular party speaking, the detection of motion in a video frame, etc.), or an automated action (such as automatically transitioning out of a state once the state is drawn).* | <br>https://updates.wistia.com/publications/seamlessly-transition-between-clips |



https://updates.wistia.com/publications/seamlessly-transition-between-clips

| | |
|---|---|
| | \n\nhttps://support.wistia.com/en/articles/8230207-editing-in-wistia#h_da473cfa35 |
| during the | The accused product practices during the transition from the current visual display |

| | |
|---|---|
| transition from the current visual display configuration state and the next visual display configuration state, presenting to the viewer the transition effect associated with the defined pair of successive visual display configuration states. | configuration state (e.g., currently displayed clip) and the next visual display configuration state (e.g., successive clip), presenting to the viewer the transition effect (e.g., white fade, black fade etc.) associated with the defined pair of successive visual display configuration states (e.g., successive clips in a video presentation).<br><br>As shown below, the accused product adds the transition effect that the user has selected while transitioning (automatic transition from one clip to another after the current clip ends) from a currently displayed clip to a successive clip. |



https://updates.wistia.com/publications/seamlessly-transition-between-clips



https://updates.wistia.com/publications/seamlessly-transition-between-clips



https://updates.wistia.com/publications/seamlessly-transition-between-clips



https://support.wistia.com/en/articles/8230207-editing-in-wistia#h_da473cfa35