| Case Name | Case Number | Court |
|---|---|---|
| Gamehancement LLC v. Canva US, Inc. | 6-23-cv-00840 | WDTX |
| Gamehancement LLC v. Zoho Corporation | 6-23-cv-00854 | WDTX |
| Gamehancement LLC v. Ascensio Systems, Inc. | 2-24-cv-00831 | EDTX |
| Gamehancement LLC, v. CyberLink Corp. | 2-24-cv-00832 | EDTX |
| Gamehancement LLC v. Envato Pty Ltd. | 2-24-cv-00842 | EDTX |
| Gamehancement LLC v. Footage Firm, Inc. | 1-24-cv-01852 | EDVA |
| Gamehancement LLC v. Synthesia Ltd | 2-24-cv-00851 | EDTX |
| Gamehancement LLC v. Footage Firm, Inc. | 3-24-cv-00740 | EDVA |
| Gamehancement LLC v. Squarespace, Inc. | 1-25-cv-06423 | SDNY |
| Gamehancement LLC v. NCH Software Inc. | 1-25-cv-02411 | DCO |
| Gamehancement LLC v. Sparkol Inc. | 1-25-cv-04356 | EDNY |
| Gamehancement LLC v. Faithlife, LLC | 1-25-cv-01276 | DDE |
| Gamehancement LLC v. Figma, Inc. | 1-25-cv-01277 | DDE |
| Gamehancement LLC v. Quark Software Inc. | 1-25-cv-01278 | DDE |
| Gamehancement LLC v. Wistia, Inc. | Being filed concurrently | DDE |